**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 26-cv-03664 |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC hereby provide notice of claims involving trademarks.

The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1.  Names and Addresses of Litigants:

    Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC,
    and Netflix Worldwide Entertainment, LLC
    5808 W. Sunset Blvd.
    Los Angeles, CA 90028

    The Partnerships and Unincorporated Associations Identified on Schedule "A"
    Addresses Unknown

2.  U.S. Registrations upon which suit has been brought include:

| Registration Number | Trademark |
|---|---|
| 3,171,517 <br> 3,299,362 <br> 4,953,701 <br> 5,961,936 <br> 5,978,610 <br> 6,024,526 | NETFLIX |

1

| | |
|---|---|
| 6,119,304<br>6,119,305<br>6,119,528<br>6,119,529<br>6,119,530<br>6,169,891<br>6,262,210 | |
| 4,788,783 | NETFLIX |
| 5,272,903<br>7,715,384 | N |

| Registration Number | Trademark |
|---|---|
| 7,706,599 | BRIDGERTON |
| 7,827,762 | LADY WHISTLEDOWN |

2

Dated this 2nd day of April 2026.       Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios,
LLC, Netflix US, LLC, and Netflix Worldwide
Entertainment, LLC*

3